1082

[No. 57982-7-I. Division One. July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD AUXILIO WHITT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-13818-0, Paris K. Kallas, J., entered March 29, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58002-7-I. Division One. July 30, 2007.]

*In the Matter of the Detention of* MATHEW JAGGER.

THE STATE OF WASHINGTON, *Respondent*, v. MATHEW JAGGER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-12681-7, Gerald L. Knight, J., entered March 15, 2006. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid and Ellington, JJ.

[No. 58049-3-I. Division One. July 30, 2007.]

GLEN CARLSON ET AL., *Appellants*, v. RICHARD C. POWERS ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Whatcom County, No. 04-2-01658-1, Charles R. Snyder, J., entered November 10, 2005, and January 6 and March 10, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58091-4-I. Division One. July 30, 2007.]

*In the Matter of the Marriage of* DENA F. BAKER-DAVIS, *Appellant*, and DARRELL L. BLEGEN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-3-03360-5, Hollis Holman, J. Pro Tem., entered March 22, 2006. *Affirmed* by unpublished per curiam opinion.